AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) ) ) ) ) ) | Case No. 20-mj-00054-NYW |
| BRADLEY BUNN *Defendant* | | |

## ARREST WARRANT

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* BRADLEY BUNN who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

26 U.S.C. §§ 5841, 5845, 5861(d), and 5871- Possessing Unregistered Firearms

Date: **02 May 2020**

City and state: Denver, Colorado

*Issuing officer's signature*

Nina Y. Wang
United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*