**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
5/3/20
**JEFFREY P. COLWELL, CLERK**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   20-mj-00054-NYW

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. BRADLEY BUNN,

      Defendant.

---

**GOVERNMENT'S MOTION TO RESTRICT COMPLAINT AND COMPLAINT AFFIDAVIT AND UNRESTRICT A REDACTED VERSION OF THE COMPLAINT AND COMPLAINT AFFIDAVIT**

---

The United States of America, by undersigned counsel, respectfully moves the Court to restrict the Complaint and Complaint Affidavit and the Brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. The United States requests a "Level 2" Restriction which would make the Complaint and Complaint Affidavit and the Brief filed in support of this motion, "viewable by the filing party and the court" only.

The United States also asks the Court to unrestrict a redacted form of the Complaint and Complaint Affidavit, along with the Arrest Warrant, for the reasons stated in the Brief filed in support of this motion. A copy of the redacted documents that the government seeks to unrestrict are attached to this motion.

/
/
/
/

Dated this 3rd day of May, 2020.

                                        JASON R. DUNN
                                      United States Attorney

                                      *s/ David Tonini*
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      1801 California St, Suite 1600
                                      Denver, Colorado 80202
                                      Telephone: 303-454-0100
                                      Fax: 303-454-0401
                                      Email: David.Tonini@usdoj.gov

                                      Attorneys for the Government