# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No.   20-mj-00054-NYW |
| BRADLEY BUNN | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:
On or about May 1, 2020, in the State and District of Colorado, the defendant, BRADLEY BUNN,
knowingly possessed a firearm, specifically, a destructive device as defined in Title 18 United
States Code, Section 5845(a)(8) and 5845(f), which was not registered to him in the National
Firearms Registration and Transfer Record.

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. §§ 5841, 5845, 5861(d), and 5871 | Possessing Unregistered Firearms |

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

**X** Continued on attached sheet.

_____
*Complainant's signature*

_____ SA, FBI
*Printed name and title*

Sworn to before me and:   ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: **02 May 2020**

_____
*Judge's signature*

Nina Y. Wang

City and state:  Denver, Colorado  

United States Magistrate Judge
*Printed name and title*