IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  20-mj-00054-NYW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  BRADLEY BUNN,

        Defendant.

## UNOPPOSED MOTION TO RESTRICT DOCUMENT

The United States of America, by undersigned counsel, respectfully moves the Court to restrict the Document filed at ECF # 17 and the Brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion.  The United States requests a "Level 1" Restriction which would make the Document and the Brief filed in support of this motion, "viewable to the parties and the court" only.

Dated this 13th day of May, 2020.

                              JASON R. DUNN
                              United States Attorney

                              *s/ David Tonini*
                              Assistant United States Attorney
                              United States Attorney's Office
                              1801 California St, Suite 1600
                              Denver, Colorado 80202
                              Telephone: 303-454-0100
                              Fax: 303-454-0401
                              Email: David.Tonini@usdoj.gov

                              Attorneys for the Government

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of May, 2020, I electronically filed the foregoing **UNOPPOSED MOTION TO RESTRICT DOCUMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

**Defense Attorney:**
Matt Golla

                                      *s/ David Tonini*
                                      By: David Tonini
                                      Assistant U.S. Attorney