1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 20-mj-00054-NYW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  BRADLEY BUNN,

        Defendant.

---

**RENEWED MOTION FOR DETENTION**

---

The United States of America, by undersigned counsel, respectfully moves the Court

under 18 U.S.C. § 3142(f) to detain the defendant before trial.  This motion is based upon new

information that neither of the key protections previously discussed as conditions of release is

viable at this time, namely residence at a halfway house and in-patient mental health treatment.

The government also incorporates by reference new information set forth in its motion at ECF

#17 and to be proffered in the hearing scheduled on May 18, 2020.  For these reasons, the

government submits that there are no conditions or combination of conditions will reasonably

assure the appearance of the defendant as required and the safety of any other person and the

//

//

2

community.  Accordingly the Court should detain the defendant pending trial.

Dated this 15th day of May, 2020.

JASON R. DUNN
United States Attorney

*s/ David Tonini*
Assistant United States Attorney
United States Attorney's Office
1801 California St, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Email: David.Tonini@usdoj.gov

3
## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of May, 2020, I electronically filed the foregoing **RENEWED MOTION FOR DETENTION** Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

**Defense Attorney:**
Matt Golla

*s/ David Tonini*
By: David Tonini
Assistant U.S. Attorney
