**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:20-mj-00054-NYW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. BRADLEY BUNN,

        Defendant.

---

**UNOPPOSED MOTION TO RESTRICT DOCUMENTS**

---

        The United States of America, by undersigned counsel, respectfully moves the Court to restrict the Document filed at ECF # 29, the Documents filed at ECF # 32, and the Brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. The United States requests a "Level 1" Restriction which would make the Document and the Brief filed in support of this motion, "viewable to the parties and the court" only.

        Dated this 19th day of May, 2020.

                                          JASON R. DUNN
                                        United States Attorney

                                        *s/ David Tonini*
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        1801 California St, Suite 1600
                                        Denver, Colorado 80202
                                        Telephone: 303-454-0100
                                        Email: David.Tonini@usdoj.gov
                                        Attorneys for the Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 19th day of May, 2020, I electronically filed the foregoing **UNOPPOSED MOTION TO RESTRICT DOCUMENTS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

**Defense Attorney:**
Matt Golla

                                        *s/ David Tonini*
                                        By: David Tonini
                                        Assistant U.S. Attorney