IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-mj-00054-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRADLEY BUNN,

    Defendant.

___

## MINUTE ORDER
___

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 20, 2020**.

    Pursuant to D.C. Colo. LCrR 47.1, Defendant's Unopposed Motion to Restrict Document [filed May 13, 2020; ECF 18] is **granted**.  The Clerk of the Court is directed to maintain under Restriction Level 1 those documents filed at ECF 17 and ECF 17-1.