AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2020 MAY 21  AM 11:48

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 20-mj-00054 |
| BRADLEY BUNN | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Bradley Bunn

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☑ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

The Court has previously ordered that the Defendant be released to a halfway house. The Court has been informed that no facility will accept the Defendant. The United States has moved orally for short-term detention until a detention hearing can be held at the earliest possible time. The Court finds that based on the Complaint in this case and the information submitted by the U.S. Probation Office and the U.S. Attorney's Office, the oral motion of the United States, along with the failure of the condition that the Court imposed in the release order, that Mr. Bunn must remain in detention pending a further detention hearing on Monday, May 18, 2020 at 11:00 a.m. SO ORDERED.

Date:   05/14/2020

*Michael E. Hegarty*
*Issuing officer's signature*

City and state:   Denver, CO

Michael E. Hegarty, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 05/14/20, and the person was arrested on *(date)* 05/14/20
at *(city and state)* DENVER, Co.

Date: 05/15/2020

*[signature]*
*Arresting officer's signature*

TFO CHRIS PYLER, FBI RMSSTF
*Printed name and title*