**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:20-mj-00054-NYW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. BRADLEY BUNN,

        Defendant.

---

**UNOPPOSED MOTION TO RESCHEDULE STATUS HEARING**

---

The United States of America, by undersigned counsel, respectfully moves the Court to reschedule the Status Conference currently set for Wednesday, June 3, 2020 to such time on Thursday, June 4, 2020 as the Court's schedule allows. Such Conference may on Thursday be able to be converted to an Arraignment Hearing.

The Government has conferred with Defendant's Counsel, Matt Golla who does not oppose this Motion.

Dated this 2nd day of June, 2020.

                                        JASON R. DUNN
                                        United States Attorney

                                        *s/ David Tonini*
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        1801 California St, Suite 1600
                                        Denver, Colorado 80202
                                        Telephone: 303-454-0100
                                        Email: David.Tonini@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of June, 2020, I electronically filed the foregoing **UNOPPOSED MOTION TO RESCHEDULE STATUS HEARING** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

**Defense Attorney:**
Matt Golla

*s/ David Tonini*
Assistant United States Attorney
United States Attorney's Office
1801 California St, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Email: David.Tonini@usdoj.gov